**FILED**
3:51 pm, 3/19/25

Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| Plaintiff | |
| vs | Case Number   L:24-PO-00967-SAH-1 |
| ANGELA M FLAHERTY | |
| Defendant | |
| Violation Charged: Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails | Citation Number   (E1482320) |
| Date Violation Notice Issued   10/27/2024 | Place   WYNP |

### PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 2:30-3:29          Interpreter  N/A

Date  March 19, 2025    Interpreter Telephone  N/A

Before the Honorable Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear      Warrant issued on

☑ Appeared   ☑ By telephone
             ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing   Greg Schwesinger
   ☐ FPD   ☐ PANEL-CJA   ☑ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____
   reason:

☐ Bail is set at
   ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:24-PO-00967-SAH-1

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
This consent was made  ☐ orally    ☐ in writing

☐ Informed of charges and rights        Date
☐ Defendant arraigned                   Date
☑ Court accepts plea      Defendant enters ☑ Guilty        ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
  ☐ Not Guilty
  ☑ Guilty              (E1482320)
  ☐ Dismissed
  ☐ Collateral Forfeited
  ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence       Date  March 19, 2025
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of   seven days, contact USMS within 14 days from Sentencing. To serve within six months from 03/19/2025.
☐ Probation for a period of
     ☐ With Supervision      ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine          no fine          Payable to CVB by 04/21/2025
☐ Restitution                    To
☐ Community Service              To
☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  Written Judgment to follow.